IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DANIEL AND LORENE BRINGLE,
individually and as co-Personal Representatives
of THE ESTATE OF SCOTT BRINGLE,
deceased,

        Plaintiffs,

v.                                  Civ. No. 03-1083 JH/ACT

MOGA TRANSPORT, LTD.,

        Defendant.

## MEMORANDUM OPINION AND ORDER

This matter comes before the Court on Defendant's *Motion for Leave to File Surreply Regarding Plaintiff's Motion To Sanction Defendant For Spoliation Of Evidence* [Doc. No. 110]. Plaintiff's only position on the motion is its request that, if the Court permits Defendant to file a surreply, such surreply be limited to new matters raised in Plaintiff's reply brief. Finding that the motion is well-taken,

IT IS THEREFORE ORDERED that Defendant's *Motion for Leave to File Surreply Regarding Plaintiff's Motion To Sanction Defendant For Spoliation Of Evidence* [Doc. No. 110] is GRANTED. Defendant may file a surreply that is no longer than twelve (12) pages in length and is limited to addressing new matters raised for the first time in Plaintiff's reply brief.

                                                             _____
                                                             UNITED STATES DISTRICT JUDGE